IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MORRIS,

    Plaintiff,                    No. CIV S-05-2214 DFL DAD P

    vs.

CALIFORNIA BOARD OF
PRISON TERMS, et al.,

    Defendants.              ORDER

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 12, 2006, the court dismissed plaintiff's complaint and granted him leave to file an amended complaint within thirty days. Plaintiff now requests that the court put his case on "inactive" status and "remove any and all time restraints/requirements" for amending his complaint. (Mot., Attach. Decl. at 2.) Plaintiff contends that due to lock-downs, limited library access, and other institutional operations, he requires additional time to file his amended complaint. The court will grant plaintiff an extension of time to file his amended complaint; however, the court will not grant plaintiff an indefinite extension. Plaintiff is required to diligently prosecute this action.

/////

/////

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  Plaintiff's October 25, 2006 request for an extension of time is granted; and

3   2.  Plaintiff is granted thirty days from the date of service of this order in which to
4   file his amended complaint as set forth in the court's October 12, 2006 order.  Plaintiff's failure
5   to comply with this order will result in the dismissal of this action.

6   DATED: November 2, 2006.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

10  DAD:bb/4
    morr2214.36